IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:06CV496
                              )
       v.                     )
                              )
LARRY P. MILLER, et al.,      )         ORDER
                              )
            Defendant.        )
_____)
```

       This matter is before the Court on plaintiff's motion for dismissal (Filing No. 7).  The Court finds said motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiff's motion is granted; plaintiff's complaint is dismissed with prejudice.

       DATED this 29th day of November, 2006.

                             BY THE COURT:

                             /s/ Lyle E. Strom
                             _____
                             LYLE E. STROM, Senior Judge
                             United States District Court